UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOSE GUZMAN SALCEDO,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>D.L. OLLISON, Warden,<br><br>　　　　　Respondent. | No. EDCV 06-1068-GPS (AGR)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: July 20, 2008

GEORGE P. SCHIAVELLI
UNITED STATES DISTRICT JUDGE