# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

JOSE GUZMAN SALCEDO,

    Petitioner,

  v.

D.L. OLLISON, Warden,

    Respondent.

No. EDCV 06-1068-DDP (AGR)

**JUDGMENT**

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: April 17, 2009

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE